Commonwealth v. Janis, Appellant.

Submitted April 10, 1978.   Ronald P. Rusinak, Assistant Public Defender, for appellant;  Dennis M. McGlynn, Assistant District Attorney, and D. Gerard Long, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.